# Third District Court of Appeal

## State of Florida

Opinion filed April 5, 2017.

_____

No. 3D15-1409
Lower Tribunal No. 14-28670

_____

**Wells Fargo Bank, N.A.,**
Appellant,

vs.

**Derrick R. Spence, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Gerald D. Hubbart, Senior Judge.

Carlton Fields Jorden Burt, P.A., and Michael K. Winston, and Dean A. Morande (West Palm Beach), for appellant.

Dennis A. Donet, P.A., and Dennis A. Donet, for appellees.

Before LOGUE, SCALES and LUCK, JJ.

*ON CONFESSION OF ERROR*

PER CURIAM.

Wells Fargo Bank, N.A., the plaintiff below, appeals the trial court's order granting final summary judgment in favor of the defendants below, Derrick R. Spence and Helen Spence, and dismissing the instant mortgage foreclosure action. The trial court found that the action was barred by the statute of limitations.

Based upon the record before us and the Spences' commendable confession of error, we reverse the final order of dismissal and remand the case to the trial court for further proceedings.  See Bartram v. U.S. Bank Nat'l Ass'n, Nos. SC14–1265, SC14–1266, SC14–1305 (Fla. Nov. 3, 2016); Deutsche Bank Tr. Co. Americas v. Beauvais, 188 So. 3d 938 (Fla. 3d DCA 2016) (en banc).

Reversed and remanded.